# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia
### Savannah Division

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Perry Dean Mason ) | Case No: CR499-00238-001 |
| ) | USM No: 10267-021 |
| Date of Previous Judgment: April 13, 2000 ) | Robert W. Galloway |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

[X] DENIED.   [ ] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 34 | Amended Offense Level: | 34 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 262 to 327 months | Amended Guideline Range: | 262 to 327 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

### III. ADDITIONAL COMMENTS

The defendant's motion is denied because his offense level is determined based on his designation as a career offender and not the drug quantity table.

Except as provided above, all provisions of the judgment dated April 13, 2000, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: September 26, 2008

Judge's signature

William T. Moore, Jr.
Effective Date: _____   Chief Judge, U.S. District Court
(if different from order date)   Printed name and title