FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 AUG -3 AM 11: 26
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

PERRY DEAN MASON, )
                            )
    Petitioner, )
                            )
v. ) CASE NOS. CV416-172
                            )           CR410-238
UNITED STATES OF AMERICA, )
                            )
    Respondent. )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 2), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, the Clerk is **DIRECTED** to transfer Petitioner's June 23, 2016 signature-filed § 2255 motion (Doc. 1) to the Eleventh Circuit Court of Appeals for <u>nunc pro tunc</u> filing. Upon such transfer, the Probation Office shall file any Presentence Investigation Report under seal.

SO ORDERED this 3rd day of August 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA