FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 JAN 28 PM 4:17

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. 4:99-cr-00238-1
)
Perry Dean Mason, )
    Defendant. )
)
)

## O R D E R

On January 24, 2019, Defendant Mason filed two motions with the Court, both seeking relief under the recently enacted First Step Act (Docs. 135 and 136). It appears that both of Defendant's motions were prepared at least a week before they were filed with this Court, having been mailed to this Court for filing.

On January 18, 2019, the Court entered an order, sua sponte, reducing Defendant's 262-month custodial sentence to time served. Defendant has since been released from custody pursuant to that Order; such release, in fact, occurred *prior* to the filing of Defendant's First Step Act motions.

Because Defendant has already been afforded the sentence reduction relief he sought in his motions, Defendant's motions are **DENIED** as moot.

SO ORDERED this 28th day of January 2019.

_____
WILLIAM T. MOORE, JR.
JUDGE, U.S. DISTRICT COURT